The Court held the replication fufficient to *ouft* the defendant.

## Newkirk and wife *vs*. Fox.

*Ejectment.* VAN VECHTEN moved to difcharge a Judge's certificate ftaying proceedings, becaufe the defendant had neglected to prepare his cafe within the two days allowed.

It was faid in anfwer, that the reafon was becaufe the Judge left the place where the circuit was held fo foon after an application to him, that it was not poffible to have the cafe completed.

*Per Curiam.* As no reason has been assigned for the subsequent omission, the defendant appears before the Court without a sufficient excuse.

Motion granted.